Argued July 1, affirmed July 18, 1977

In the Matter of the Dissolution of the Marriage of
BROWNE, *Appellant,*
*and*
BROWNE, *Respondent.*
(No. D 9667, CA 7602)
566 P2d 555

Gerald R. Pullen, Portland, argued the cause and filed the brief for appellant.

Donald W. Green, III, Portland, argued the cause for respondent. With him on the brief was O'Connell, Goyak & Haugh, P.C., Portland.

Before Schwab, Chief Judge, and Lee, Judge, and Fort, Senior Judge.

PER CURIAM.

**PER CURIAM.**

In this dissolution-of-marriage proceeding the father appeals from that portion of the decree which awards custody of the two-year-old child of the parties to the mother. He concedes that the mother is a fit parent, but contends that he is more so. We find nothing to justify a departure from the general rule that in such a situation we defer to the trial judge. *Rea v. Rea,* 195 Or 252, 245 P2d 884 (1952); *Starin and Starin,* 29 Or App 557, 564 P2d 748 (1977).

Affirmed. Costs to respondent.